AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

| | |
|---|---|
| ALFONSO ESCALANTE ROJAS and FLORENTINO BAUTISTA, on behalf of themselves, FLSA Collective Plaintiffs, and the Class, <br><br> *Plaintiff(s)* <br><br> v. <br><br> PIZZA PETE'S LLC et al, <br><br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See attached rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> C.K. Lee, Esq.,
> Lee Litigation Group, PLLC
> 148 West 24th Street, Eighth Floor,
> New York, NY 10011

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  03/16/2022

/s/ L. Alvarado

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# SUMMONS RIDER

## DEFENDANT(S) ADDRESS(ES)

- PIZZA PETE'S LLC
  c/o Frank Libretta
  529 Columbus Avenue
  New York, NY 10024
- PFKM CO LLC
  c/o Kenneth Fellus
  115 East 14th Street
  New York, NY 10003
- 12 APOSTLES LLC
  13248 Telecom Drive
  Tampa, FL 33637
- MFKA ENTERPRISES INC.
  c/o Legalinc Corporate Services Inc.
  1967 Wehrle Drive, Suite 1—086
  Buffalo, NY 14221
- BEK 1 LLC
  c/o Elbasan Lajqi
  25 Lindsey Lane
  Putnam Valley, NY 10579
- HASHEM MELECH INC.
  c/o Corporation Service Company
  80 State Street
  Albany, NY 12207
- LFL ENTERPRISES INC.
  413 New Dorp Lane
  Staten Island, NY 10306
- ASFJ ENTERPRISES INC.
  c/o Kenneth Fellus
  4 Green Drive
  Roslyn, NY 11576
- 18 PIZZA LLC
  c/o David Abrams
  17 Trinity Place
  New York, NY 10006
- JASK ENTERPRISES INC.
  c/o Mango & Iacoviello LLP
  14 Penn Plaza, Suite 1919
  New York, NY 10122

- FRANK LIBRETTA
  c/o PIZZA PETE'S LLC
  529 Columbus Avenue
  New York, NY 10024
- MICHAEL LIBRETTA
  c/o PIZZA PETE'S LLC
  529 Columbus Avenue
  New York, NY 10024
- TANIA FELLUS
  c/o PIZZA PETE'S LLC
  529 Columbus Avenue
  New York, NY 10024
- KENNETH FELLUS
  c/o PIZZA PETE'S LLC
  529 Columbus Avenue
  New York, NY 10024