UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO ESCALANTE ROJAS and
FLORENTINO BAUTISTA,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class,*

        Plaintiffs,

v.

PIZZA PETE'S LLC et al,

        Defendants.

---

Case No.: 1: 22-cv-02083

**NOTICE OF ACCEPTANCE
OF OFFER OF JUDGMENT**

 

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff ALFONSO ESCALANTE ROJAS and Plaintiff FLORENTINO BAUTISTA (collectively, "Plaintiffs") hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated April 28, 2022 and annexed hereto as **Exhibit A**.

Dated: May 12, 2022

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2022, I caused service of Plaintiffs' Notice of Acceptance of Offer of Judgment to be served, via electronic mail, upon Defendants' counsel of record in this matter:

Anthony G. Mango, Esq.
Attorney for Defendants
14 Penn Plaza, Suite 1919
New York, New York 10122
(212) 695-5454
Email: amango@mandilaw.com

By: _____
C.K. Lee, Esq.