UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALFONSO ESCALANTE ROJAS and
FLORENTINO BAUTISTA,
*on behalf of themselves, FLSA Collective Plaintiffs,
and the Class,*

        Plaintiffs,

v.

PIZZA PETE'S LLC
    d/b/a PIZZA PETE'S,
PFKM CO LLC
    d/b/a BRAVO PIZZA,
12 APOSTLES LLC
    d/b/a BRAVO PIZZA,
MFKA ENTERPRISES INC
    d/b/a BRAVO PIZZA,
BEK 1 LLC
    d/b/a BRAVO PIZZA,
HASHEM MELECH INC
    d/b/a BRAVO PIZZA,
LFL ENTERPRISES INC
    d/b/a BRAVO PIZZA,
ASFJ ENTERPRISES INC
    d/b/a BRAVO KOSHER PIZZA,
18 PIZZA LLC
    d/b/a BRAVO KOSHER PIZZA,
JASK ENTERPRISES INC.
    d/b/a FRANKIE BOY'S PIZZA,
FRANK LIBRETTA, MICHAEL LIBRETTA,
TANIA FELLUS, and KENNETH FELLUS,
        Defendants.

---

Case No.: 1:22-cv-02083-RA

**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants PIZZA PETE'S LLC d/b/a PIZZA PETE'S, PFKM CO LLC d/b/a BRAVO PIZZA, 12 APOSTLES LLC d/b/a BRAVO PIZZA, MFKA ENTERPRISES INC d/b/a BRAVO PIZZA, BEK 1 LLC d/b/a BRAVO PIZZA, HASHEM MELECH INC d/b/a BRAVO PIZZA, LFL

ENTERPRISES INC d/b/a BRAVO PIZZA, ASFJ ENTERPRISES INC d/b/a BRAVO KOSHER PIZZA, 18 PIZZA LLC d/b/a BRAVO KOSHER PIZZA, JASK ENTERPRISES INC. d/b/a FRANKIE BOY'S PIZZA, FRANK LIBRETTA, MICHAEL LIBRETTA, TANIA FELLUS, and KENNETH FELLUS (collectively, "Defendants") having offered to allow Plaintiff ALFONSO ESCALANTE ROJAS ("Plaintiff Rojas") and Plaintiff FLORENTINO BAUTISTA ("Plaintiff Bautista"), collectively ("Plaintiffs") to take a judgment against them, in the sum of Forty-Two Thousand Dollars and No Cents ($42,000.00), in accordance with the terms and conditions of Pizza Pete's Defendants' Rule 68 Offer dated April 28, 2022 and filed as Exhibit A to Docket Number 9;

**WHEREAS**, on May 12, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Pizza Pete's Defendants' Offer of Judgment (Dkt. No. 9);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff ALFONSO ESCALANTE ROJAS and Plaintiff FLORENTINO BAUTISTA, in the sum of Forty-Two Thousand Dollars and No Cents ($42,000.00), in accordance with the terms and conditions of Pizza Pete's Defendants' Rule 68 Offer dated April 28, 2022 and filed as Exhibit A to Docket Number 9.

**SO ORDERED:**

Dated: May 17, 2022
      New York, New York

_____
Ronnie Abrams
United States District Judge